**Herbert R. TRAMMELL, Claimant–Appellant,**

**v.**

**Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.**

**No. 2009–7105.**

United States Court of Appeals, Federal Circuit.

Aug. 28, 2009.

### ORDER

Counsel having failed to become a member of the bar of this court as required by the Federal Circuit Rule 46, it is

ORDERED that the appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.